AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Heritage Foundation, et al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-cv-1854-DLF |
| U.S. Department of Justice | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant.

Date: 06/30/2023

*Attorney's signature*

Jason C. Lynch (D.C. Bar No. 1016319)
*Printed name and bar number*

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Rm. 11214
Washington, DC 20005
*Address*

Jason.Lynch@usdoj.gov
*E-mail address*

(202) 514-1359
*Telephone number*

(202) 616-8460
*FAX number*