# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERITAGE FOUNDATION & MIKE HOWELL, | ) ) ) ) |
| *Plaintiffs*, | ) ) |
| v. | ) ) Case No. 23-cv-1854 (DLF) |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) ) ) ) |
| *Defendant*. | ) ) ) |

## SECOND DECLARATION OF ERIC NEAL CORNETT

1. My name is Eric Neal Cornett. I am Counsel to Plaintiffs in this action.

2. I make this declaration to provide the Court with additional information relevant to Plaintiffs' Reply Memorandum in Support of Plaintiffs' Cross-Motion for Partial Summary Judgment.

3. Attached hereto as Exhibit 1 is a true and correct copy of a CQ Transcript of the House Oversight and Accountability Committee's July 19, 2023 hearing on Internal Revenue Service whistleblowers.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: January 26, 2024                        /s/ Eric Neal Cornett
                                               Eric Neal Cornett