IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERITAGE FOUNDATION, *et al.*,<br><br>                 Plaintiffs,<br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>                 Defendant. | Case No. 1:23-cv-1854-DLF |

**JOINT STATUS REPORT**

This Freedom of Information Act ("FOIA") case concerns records related to the investigation and prosecution of Hunter Biden. *See generally Heritage Found. v. Dep't of Just.*, 743 F. Supp. 3d 29 (D.D.C. 2024). The Department initially withheld 153 records in full, and two records in part, under FOIA Exemption 7(A). *See* ECF No. 54-2 (3d Cain Decl.) ¶¶ 38–47; ECF No. 54-3 at 146–169 (*Vaughn* Index). That exemption covers "records or information compiled for law enforcement purposes," when release "could reasonably be expected to interfere with enforcement proceedings." 5 U.S.C. § 552(b)(7)(A).

On December 1, 2024, President Biden signed a presidential pardon for Hunter Biden. After the pardon was issued, the Department withdrew its previous assertions of Exemption 7(A) as a basis for withholdings and agreed to re-process the 155 records described above. *See* Consent Motion to Deny Without Prejudice the Parties' Cross Motions For Summary Judgment Pending the Re-Processing of Records Previously Withheld Under Exemption 7(A) (Jan. 2, 2025), ECF No. 62. The Department estimated that such re-processing would take "approximately 12 weeks" and respectfully suggested that it file a status report by March 27, 2025. *Id.* at 2.

The Executive Office for United States Attorneys ("EOUSA") has finished re-processing all 155 records. The two records initially withheld in part were re-released on January 22, 2025,

with nothing withheld under Exemption 7(A). The 153 withheld-in-full records have been re-processed by EOUSA but still need to be reviewed by other Department components with equities in the records.

In the prior joint status report, the Department estimated that its components could complete that process within three weeks. Unfortunately, the review has taken longer than expected. The Department expects to serve a supplemental release by tomorrow, covering 22 of the re-reviewed pages. To give the Department time to complete the process, and Plaintiffs time to review the release(s), the Parties respectfully suggest that they file another joint status report in four weeks (by May 29, 2025).

Dated:  May 1, 2025              Respectfully submitted,

/s/ Samuel Everett Dewey
SAMUEL EVERETT DEWEY (No. 999979)
Chambers of Samuel Everett Dewey, LLC
Telephone: (703) 261-4194
Email:  samueledewey@sedchambers.com

ERIC NEAL CORNETT
(No. 1660201)
Law Office of Eric Neal Cornett
Telephone:  (606) 275-0978
Email:  neal@cornettlegal.com

DANIEL D. MAULER
(No. 977757)
The Heritage Foundation
Telephone:  (202) 617-6975
Email:  Dan.Mauler@heritage.org

KYLE BROSNAN
(No. 90021475)
The Heritage Foundation
Telephone:  (202) 608-6060
Email:  Kyle.Brosnan@heritage.org

MAX TAYLOR MATHEU

(No. 90019809)
Telephone: (727) 249-5254
Email: maxmatheu@outlook.com

*Counsel for Plaintiffs*

YAAKOV M. ROTH
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

/s/ *Jason C. Lynch*
JASON C. LYNCH (D.C. Bar No. 1016319)
Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 514-1359
Email: Jason.Lynch@usdoj.gov

*Counsel for Defendant*