IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERITAGE FOUNDATION, *et al.*,<br><br>    Plaintiffs,<br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Case No. 1:23-cv-1854-DLF |

**JOINT STATUS REPORT**

This Freedom of Information Act ("FOIA") case concerns records related to the investigation and prosecution of Hunter Biden. *See generally Heritage Found. v. Dep't of Just.*, 743 F. Supp. 3d 29 (D.D.C. 2024). The Department initially withheld 153 records in full, and two records in part, under FOIA Exemption 7(A). *See* ECF No. 54-2 (3d Cain Decl.) ¶¶ 38–47; ECF No. 54-3 at 146–169 (*Vaughn* Index). That exemption covers "records or information compiled for law enforcement purposes," when release "could reasonably be expected to interfere with enforcement proceedings." 5 U.S.C. § 552(b)(7)(A). On December 1, 2024, President Biden signed a presidential pardon for Hunter Biden, after which the Department agreed to re-process the 155 records withheld (in whole or in part) under Exemption 7(A).

As the Parties reported in their three prior joint status reports, filed June 13, 2025, ECF No. 67, July 1, 2025, ECF No. 68, and July 15, 2025, ECF No. 69, the Department has re-processed all 155 records and made four supplemental responses, including newly-released records. Plaintiffs are still reviewing those responses, after which the Parties will confer before proposing a course of action to the Court. Because this process may narrow any remaining disputes in this case, the Parties respectfully suggest that they file another joint status report by August 27, 2025.

1

Dated:  July 28, 2025

Respectfully submitted,

/s/ Samuel Everett Dewey
SAMUEL EVERETT DEWEY (No. 999979)
Chambers of Samuel Everett Dewey, LLC
Telephone: (703) 261-4194
Email:  samueledewey@sedchambers.com

ERIC NEAL CORNETT (No. 1660201)
Law Office of Eric Neal Cornett
Telephone:  (606) 275-0978
Email:  neal@cornettlegal.com

DANIEL D. MAULER (No. 977757)
The Heritage Foundation
Telephone:  (202) 617-6975
Email: Dan.Mauler@heritage.org

KYLE BROSNAN (No. 90021475)
The Heritage Foundation
Telephone: (202) 608-6060
Email:  Kyle.Brosnan@heritage.org

MAX TAYLOR MATHEU (No. 90019809)
Telephone:  (727) 249-5254
Email:  maxmatheu@outlook.com

*Counsel for Plaintiffs*

BRETT A. SHUMATE
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

/s/ *Samuel Bean*
SAMUEL BEAN (MD)
Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division

2

1100 L Street, NW
Washington, DC 20005
Telephone: (202) 455-9619
Email:Samuel.B.Bean2@usdoj.gov

*Counsel for Defendant*